IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:05CV252

| | | |
|---|---|---|
| HARRY T. WHITE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STEVEN G. TATE, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion. On June 19, 2006, this Court issued an Order, directing Appellant to show cause why his bankruptcy appeal should not be dismissed with prejudice for failure to prosecute. Appellant was cautioned that failure to abide by the June 19, 2006 Order would result in the administrative dismissal of his appeal with prejudice.

Since the June 19, 2006 Order, Appellant has neither explained to the Court why this matter should not be dismissed for failure to prosecute, nor has Appellant complied with Rule 8006 of the Federal Rules of Bankruptcy Procedure. In light of the Court's prior warning to Appellant and pursuant to Rule 41 of the Federal Rules of Civil Procedure, Appellant's bankruptcy appeal is hereby **dismissed with prejudice for failure to prosecute.**

**SO ORDERED.**

Signed: July 18, 2006

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge